ORIGINAL

FILED
NOV 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-770 C

**NOTICE OF DIRECTLY-RELATED CASES**

PLEASE TAKE NOTICE that on the 2nd day of November 2007, Plaintiff North Star Alaska Housing Corporation ("North Star") filed a two-count complaint against the United States of America ("Government") for breach of contract and for breach of the duty of good faith and fair dealing arising out of a lease agreement ("Lease") between North Star and the Government for a 400-unit Army housing complex on Fort Wainwright, Alaska known as Birchwood Homes, which was entered into by virtue of the authority of 10 U.S.C. § 2828, as amended by Section 801 of Public Law 98-115 ("Section 801").

The instant Complaint involves the same Lease as five previous complaints filed by North Star in this Court against the Government. Those cases, *North Star Alaska Housing Corp. v. United States,* Civil Action Nos. 98-168C, 02-1632C, 03-2699C, 04-1396C, and 05-930C in the United States Court of Federal Claims, were assigned to Judge Allegra. By Order dated September 5, 2007, in Case No. 98-168C, Judge Allegra ordered that he be informed once the Contracting Officer denies plaintiff's certified claim submitted on August 27, 2007, and inform the Court how plaintiff intends to proceed. This Complaint is based on said August 27, 2007 claim.

By Order dated September 2, 2004, Case Nos. 98-168C, 02-1632C and 03-2699C were consolidated under the caption 98-168C. On October 29, 2007, the parties filed a stipulation to a Voluntary Dismissal of Civil Action Nos. 04-1396C and 05-930C. North Star believes the consolidation of the Complaint filed on November 2, 2007, with Civil Action No. 98-168C is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: November 2, 2007

Respectfully Submitted,

Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF FILING**

I hereby certify that a true and correct copy of the foregoing Notice of Directly-Related Cases was served by first-class U.S. mail, postage pre-paid, this 2nd day of November 2007, on:

Timothy P. McImail
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, NW
Washington, DC 20530

Attorney for Defendant

Paul W. Killian