# In The United States Court of Federal Claims

Nos. 07-770C

(Filed: November 19, 2007)

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 19, 2007, the court held a telephonic status conference in this case. Participating in this conference were Mr. Paul Killian, for plaintiff, and Mr. Timothy McIlmail, for defendant. Pursuant to the discussion therein, the court hereby orders that, on or before **December 21, 2007**, plaintiff shall file a status report indicating how it intends to proceed in this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge