THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07-770C<br>Judge Allegra |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff North Star Alaska Housing Corporation, pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, hereby voluntarily dismisses, without prejudice, its Complaint in Case No. 07-770C.

Dated: December 4, 2007

Respectfully submitted,

s/Paul W. Killian

PAUL W. KILLIAN

Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4031
Facsimile: (202) 887-4288

**CERTIFICATE OF FILING**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was filed electronically on this 4th day of December 2007.

s/Paul W. Killian

_______________________________
PAUL W. KILLIAN